1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10                   **WESTERN DIVISION**

11   RODNEY KARL BLACKWELL,           )     No.  CV 08-4119-GW (AGR)
                                       )
12                  Petitioner,        )
                                       )     ORDER ADOPTING MAGISTRATE
13      v.                             )     JUDGE'S REPORT AND
                                       )     RECOMMENDATION
14   T. FELKER, WARDEN,                )
                                       )
15                  Respondent.        )
                                       )
16   _____)

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo,

18   including the magistrate judge's Report and Recommendation.  The Court agrees

19   with the recommendation of the magistrate judge.

20          IT IS ORDERED that Respondent's Motion to Dismiss is denied.

21

22   DATED: June 1, 2009                   _George H. Wu_
                                       _____
23                                          GEORGE H. WU
                                       UNITED STATES DISTRICT JUDGE

24

25

26

27

28