1
2
3
4
5
6
7        **UNITED STATES DISTRICT COURT**
8        **CENTRAL DISTRICT OF CALIFORNIA**
9        **WESTERN DIVISION**
10
11   RODNEY KARL BLACKWELL,          )        No.  CV 08-4199-GW (AGR)
                                      )
12                  Petitioner,       )
                                      )        **JUDGMENT**
13        v.                          )
                                      )
14   T. FELKER, Warden,               )
                                      )
15                  Respondent.       )
                                      )
16
17        Pursuant to the Order Accepting Magistrate Judge's Report and
18   Recommendation,
19        IT IS ADJUDGED that the petition in this matter is denied and dismissed with
20   prejudice.
21
22   DATED:  November 30, 2011      _____
23                                       GEORGE H. WU
                                     UNITED STATES DISTRICT JUDGE
24
25
26
27
28